**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**BRIAN ANTHONY BROWN, SR,**<br><br>**DEBTOR,** | |
| **LONGWOOD PROPERTY MANAGEMENT, LLC,**<br><br>**MOVANT,** | **Case No.: 23-55906-pmb**<br><br>**CHAPTER 13** |

**REQUEST FOR ORDER CONFIRMING NO STAY PURSUANT TO 11 U.S.C. § 362(C)(4)**

COMES NOW, Longwood Property Management, LLC("Longwood"), by and through its attorneys, Williams Teusink, LLC, being a creditor and party in interest in this case, and files this its request for an order confirming that no stay is in effect in the above-referenced bankruptcy case pursuant to 11 U.S.C. § 362(c)(4) and showing this honorable Court the following:

Longwood is the property manager and landlord for debtor Brian Anthony Brown, Sr. for the residential property located at 3292 Deer Pause Lane, Decatur, GA 30034 (the "Property"). On November 8, 2022, Longwood commenced a dispossessory action against Mr. Brown in the Magistrate Court of DeKalb County, Georgia known as Longwood Property Management vs. Brian Brown and All Others, CAFN: 22D26578 (the "Dispossessory Action"). The Dispossessory Action was based on Mr. Brown's failure to pay rent.

On December 30, 2022, Mr. Brown filed a petition to start a Chapter 13 bankruptcy case in the United States Bankruptcy Court for the Northern District of Georgia – case number 22-60596-pwb (the "First Bankruptcy"). The First Bankruptcy had the effect of staying the Dispossessory Action. The First Bankruptcy was dismissed on March 15, 2023 due to the Chapter 13 Trustee's multiple objections to confirmation of the plan. A copy of the dismissal is attached hereto as Exhibit A.

On March 20, 2023, Mr. Brown filed a new petition to start another Chapter 13 bankruptcy case in the United States Bankruptcy Court for the Northern District of Georgia – case number 23-52616-pwb (the "Second Bankruptcy"). The Second Bankruptcy was dismissed on May 17, 2023 due to the Chapter 13 Trustee's multiple

objections to confirmation of the plan. A copy of the dismissal is attached hereto as Exhibit B.

On June 23, 2023, Mr. Brown filed a new petition to start the above-styled Chapter 13 bankruptcy case in the United States Bankruptcy Court for the Northern District of Georgia – case number 23-55906-pwb (the "Third Bankruptcy").

Under 11 U.S.C. § 362(c)(4), if a case is filed by a debtor "and if 2 or more single or joint cases of the debtor were pending within the previous year but were dismissed . . . the stay under subsection (a) shall not go into effect upon the filing of the later case . . . ." 11 U.S.C. § 362(c)(4)(A)(i). In such a circumstance, "on request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect." 11 U.S.C. § 362(c)(4)(A)(ii).

Here, the First Bankruptcy and the Second Bankruptcy were both bankruptcy cases of Mr. Brown which were pending within the last year, and both were dismissed due to objections of the Chapter 13 Trustee. Accordingly, under 11 U.S.C. § 362(c)(4) no stay is in effect in the above-styled case, and Longwood as a creditor and party in interest is entitled to an order confirming that no stay is in effect.

For the foregoing reasons, Longwood respectfully requests that this Court enter an order that no stay is in effect in this case.

Dated: July 6, 2023

Respectfully submitted,

*/s/ David Metzger*
David Metzger
Georgia Bar. No. 363534

312 Sycamore Street
Decatur, Georgia 30030
Telephone: 404-373-9590
Facsimile: 404-378-6049
Email: dmetzger@williamsteusink.com

**WILLIAMS TEUSINK, LLC**

*Counsel for Mission Street Homes, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**BRIAN ANTHONY BROWN, SR,**<br><br>**DEBTOR,** | |
| **LONGWOOD PROPERTY MANAGEMENT, LLC,**<br><br>**MOVANT,** | **Case No.: 23-55906-pmb**<br><br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

I, David Metzger, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 11, 2023, I served a copy of the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.

Dated: July 11, 2023

Respectfully submitted,

*/s/ David Metzger*
David Metzger
Georgia Bar. No. 363534

312 Sycamore Street
Decatur, Georgia 30030
Telephone: 404-373-9590
Facsimile: 404-378-6049
Email: dmetzger@williamsteusink.com

**WILLIAMS TEUSINK, LLC**

*Counsel for Mission Street Homes, LLC*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Brian Anthony Brown Sr.**
4781 Winstar Lane
Fairburn, GA 30213

**xxx−xx−5232**

Case No.: **22−60597−pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

**ORDER OF DISMISSAL**

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul W Bonapfel

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: March 15, 2023

Form 155

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Brian Anthony Brown Sr.**
4781 Winstar Lane
Fairburn, GA 30213

**xxx−xx−5232**

Case No.: **23−52616−pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

**ORDER OF DISMISSAL**

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: May 17, 2023

Form 155